UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE L. PINTO-GONZALEZ
    Plaintiff
               v.                **Civil No. 96-1940(SEC)**

TITO MATOS ADVERTISING, INC., et al.
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #49**<br>**Verified Bill of Costs** | **MOOT.** See Settlement Agreement and Stipulation for Dismissal (Docket # 71) and Stipulation of Dismissal (Docket # 72). |

DATE:  February 8, 2005

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge